UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 14-4120 as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☑ Government

COUNSEL FOR: The United States Attorney's Office

_____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

*/s/ Marty Woelfle*
(signature)

Marty Woelfle
Name (printed or typed)

757-591-4028
Voice Phone

_____
Firm Name (if applicable)

757-591-0866
Fax Number

721 Lakefront Commons, Suite 300

Newport News, VA 23606
Address

Marty.Woelfle2@usdoj.gov
E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on May 22, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Mark Bodner, Esquire
3925 University Drive
Fairfax, VA 22030
Telephone: 703-385-6667
Fax: 703-591-5151
Virginia Bar No. 19516
Email: Rendob@gmail.com

*/s/ Marty Woelfle*
Signature

May 22, 2014
Date

05/07/2014
SCC