**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 16, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-4120,   US v. Michael Tucker
               4:12-cr-00028-MSD-LRL-1

        Marty Ann Woelfle
TO:     Howard Jacob Zlotnick
        Catherine Sun Ahn

FILING CORRECTION DUE: **July 21, 2014**

Please make the correction identified below and file document by the date indicated.

_____

 [X] Incorrect event used. Please refile document using [brief filed and select type of brief "response" from the dropdown menu].


Barbara H. Rowe, Deputy Clerk
804-916-2704